# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

UNITED STATES of AMERICA,

   PLAINTIFF

VS

FIFTY-SEVEN (57) FIREARMS.

   DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2886-V

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order, entered on March 26, 2008, this action is dismissed with prejudice and each party shall bear its own attorney's fees and costs.

**APPROVED:**

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

March 26, 2008                  Thomas M. Gould
Date                                    Clerk of Court

                                                s/Betty Guy
                                               (By) Deputy Clerk